UNITED STATES of America,
Plaintiff—Appellee,

v.

Charles William COOK, Defendant—
Appellant.

No. 03–50139.

United States Court of Appeals,
Ninth Circuit.

Sept. 16, 2005.

Richard Cheng, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Robert L. Swain, Esq., Swain & Vance, San Diego, CA, for Defendant–Appellant.

Before: HAWKINS and FISHER, Circuit Judges, and WEINER,* Senior District Judge.

### ORDER

The Supreme Court vacated the judgment in this appeal and remanded for reconsideration in light of *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). *Cook v. United States*, —— U.S. ——, 125 S.Ct. 997, 160 L.Ed.2d 1010 (2005). In accordance with the procedures outlined in *United States v. Ameline*, 409 F.3d 1073 (9th Cir.2005) (en banc), we remand Cook's sentence for the purpose of determining whether the sentence imposed would be materially different under *Booker*.